IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

H&R BLOCK TAX SERVICES LLC, )
 )
    Plaintiff, )
 )
    v. ) Case No. 11-1099-CV-W-HFS
 )
PAULA NORBY KRUEGER, )
 )
    Defendant. )

## MEMORANDUM TO COUNSEL

Counsel have informally advised that an evidentiary hearing is not necessary. The rulings will be made on the briefing. If either party wishes to argue, at the courthouse or by telephone, oral argument will be scheduled. If the parties are willing to have a final injunctive ruling rather than a ruling on a preliminary injunction, if I accept jurisdiction, a filed joint request will be followed.

    /s/ Howard F. Sachs
    HOWARD F. SACHS
    UNITED STATES DISTRICT JUDGE

December 8, 2011

Kansas City, Missouri